BEFORE THE THIRD DIVISION, JULY 28, 1943

**No. 48589.**—Protests 601653–G, etc., of Kraft Phenix Cheese Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48590.**—Protests 615465–G, etc., of Roethlisberger & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48591.**—Protests 618077–G, etc., of Holland Food Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48592.**—Protests 620391–G, etc., of Holland Food Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48593.**—Protests 743601–G, etc., of Holland Food Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48594.**—Protests 867117–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48595.**—Protests 971746–G, etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48596.**—Protests 943795–G(B), etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the collector was directed to make an allowance of 2½ percent in the weight as claimed.